**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>vs.<br><br>Emanuel Orlando Webb,<br>        Defendant. | 09-04120MP-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in paragraphs 3 and 4 of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED, in regard to Citation 1547064, revoking the defendant's probation as unsuccessfully completed.

IT IS FURTHER ORDERED that on Citation 1547064 the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FIFTEEN (15) DAYS**, with credit for time served.

IT IS FURTHER ORDERED that on Citation 1547065 the defendant is placed on supervised probation for **ONE (1) YEAR** to begin upon defendant's release from custody.

IT IS FURTHER ORDERED that the defendant is subject to the previously ordered conditions and special conditions. In addition, the following conditions are imposed:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. You shall provide written verification of completion signed by the director or supervisor of the program.

2. You shall not consume or possess any alcohol or illicit drugs.

IT IS FURTHER ORDERED that paragraphs 1 an 2 are DISMISSED upon oral motion of the United States.

DATED this 13th day of May, 2010.

_____
Mark E. Aspey
United States Magistrate Judge